STEPHANIA A. JENDRASIK, as Administratrix of the Estate of HARRY S. JENDRASIK, Deceased, Appellant, *v.* SOUTH BUFFALO RAILWAY COMPANY, Respondent.

Argued October 7, 1954; decided November 18, 1954.

890

*George E. Phillies* and *Michael Catalano* for appellant.
*Paul H. Reid, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FROESSEL and VAN VOORHIS, JJ.  Taking no part: FULD, J.